Cancelled

FILED
MAR 28 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**CAUSE NO.** _____
**[To Be Supplied By The Clerk]**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## WACO DIVISION

FILED
MAY 01 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**RAYMOND HARBERT, JR.;**
**R▓▓▓▓▓ ▓▓▓▓▓▓ III, A MINOR;**
**R▓▓▓ H▓▓▓▓, A MINOR;**
**Plaintiffs',**

**v.**

## W13CA143

**FARMERS TEXAS COUNTY MUTUAL**
**INSURANCE COMPANY;**
**STATE FARM INSURANCE COMPANY;**
**REPWEST INSURANCE COMPANY,**
and Danyel Arenas

CIVIL ACTION PURSUANT TO
28 U.S.C. §§ 1331, 1332, et seq.

RAYMOND HARBERT, JR.
1924 CROW DRIVE
WACO, TX 76705

CAUSE NO._____
[To Be Supplied By The Clerk]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## WACO DIVISION

RAYMOND HARBERT, JR.,   )
ET. AL.,   )
      **Plaintiff's,**   )
             )    **Cause No. _____**
v.   )    [To Be Supplied By The Clerk]
             )
**FARMERS TEXAS COUNTY**   )
**MUTUAL INSURANCE CO. ;**   )    **Jury Trial Demand, pursuant to**
**STATE FARM INSURANCE CO.;**   )    **Rule 38 & 39, Fed. R. Civ. P.**
**REPWEST INSURANCE CO.,**   )
      **Defendants'**   )

## CIVIL ACTION COMPLAINT PURSUANT TO
## 28 U.S.C. §§ 1331, 1332, 1391, ET SEQ.

This is a civil complaint, pursuant to **28 U.S.C. §§ 1331, 1332,**

alleging breach of Contract, Fraud and Deceit, and seeking monetary and

punitive damages. The Plaintiffs' request a jury trial.

## JURISDICTION

1.    Jurisdiction is invoked upon this Honorable Court pursuant to **28 U.S.**

**§§ 1331. 1332,** and 1391. Plaintiffs' seek monetary and punitive damages in

the amount exceeding ($75,000.00). The Claims adjuster for Repwest

**1**

Insurance Company reside in Phoenix, Arizona; the State Farm Home Office is located in Bloomington, Illinois; and Farmers National Document Center is P.O. Box 268994, Oklahoma City, OK 73126-8993, thus, '**Diversity Jurisdiction**' is invoked.

2.      The court has jurisdiction under 28 U.S.C. Sec. 1391, which the cause of action arose in the State of Texas, and Venue is proper.

3.      **Plaintiff** Raymond Harbert, Jr., currently reside at 1924 Crow Drive, Waco, Texas 76705;

4.      **Plaintiff** R██████ H█████, a Minor is the infant child of Plaintiff R█████ H█████ who reside with his father Raymond Harbert, Jr., at 1924 Crow Drive, Waco, Texas 76705;

5.      **Plaintiff** R██████ H█████, a Minor, the infant child of Plaintiff Raymond Child.

6.      **Defendant, Farmers Mutual Insurance Company**, is the Insurance Company that insured Danyel Arenas, the defendant who hit Plaintiff's vehicle, and who was at fault for the vehicle accident.

7.    **<u>Defendant, "State Farm"</u>**, insured Plaintiffs' for damages,

expense, loss and benefits, arising from the above referenced vehicle

accident;

8.    **<u>Defendant, "Repwest Insurance Company"</u>**, is the Insurance

Company for U-Haul Company of Texas, who represented the Defendant

who was driving the U-Haul Truck for which Defendant Arenas was driving

when he hit Plaintiff;

9.    **<u>Defendant, "Danyel Arenas"</u>**, is the Defendant who drove the U-

Haul Truck, which collided into Plaintiff Raymond Harbert, Jr., and who

was at fault for the vehicle accident.

## <u>STATEMENT OF FACTS</u>

The facts that give rise to the instant complaint are cited by Plaintiff,

as follows:

On or about March 22, 2012 Plaintiff Raymond Harbert, Jr., was

involved in a motor vehicle accident with Danyel Arenas, who was a policy

holder with Farmers Insurance, while Danyel Arenas was driving a U-Haul

panel truck. Plaintiff was accompanied in his vehicle by his children

R▬▬ H▬▬ III, a minor, and R▬▬ ▬▬, a minor. A citation was

issued against Danyel Arenas, for being at fault for the accident.

Plaintiff originally sought relief in the Court of McLennan County Court, due to the fact that Plaintiff had medical bills that totaled over eight thousand dollars, for pain and suffering, an unspecified amount, and emotional trauma to him and his children from the accident; there was substantial damage to Plaintiff's vehicle, as well as bodily injury to Plaintiff; Plaintiff has repeatedly visited his physician as a result of this wreck, emergency rooms, pain management physicians as a result of the wreck Plaintiff has documentation from all the aforementioned care-takers to validate plaintiff's claim. The claim adjuster handling the case made a final compromise offer of ($1,600.00). Plaintiff rejected the offer, because it was not even close to half plaintiff's expenses. So no settlement could be reached. Thus, I made a demand for a jury trial or trial by judge.

No settlement offer has ever been made that would adequately compensate plaintiff or his children; Plaintiff's children are currently undergoing treatment from the vehicle accident; Plaintiff's children are awakening from bad dreams, headaches, sweating, etc.

**4**

## <u>CAUSE OF ACTION</u>

THE INSURER BREACHED IT'S CONTRACT
TO COVER INSURED'S PROPERTY AGAINST
DAMAGE, AND PLAINTIFFS' HEALTH; INSURER'S
POLICY AND DENIAL OF COVERAGE, WAS
FRAUDULANT & DECEITFUL.

Plaintiff was insured by Farmers Insurance, and he made a claim, No.

1021000701 deriving from a vehicle accident on March 22, 2012. Plaintiff

was involved in the vehicle accident with policy holder Danyel Arenas

while he was operating a U-Haul Panel Truck. A traffic citation was issued

against Danyel Arenas, for being at fault. Plaintiff originally sought relief in

the Court of McLennan County Court, because Plaintiff Raymond Harbert,

Jr., had medical bills exceeding eight thousand dollars, pain and suffering

and emotional trauma from this accident, in an unspecified amount. Also,

there was substantial damage to Plaintiff's vehicle, as well as bodily injury.

Plaintiff  has repeatedly been to the emergency room of his primary care

Physician for treatment, stemming from the vehicle accident. 1021000701-

1-2 made a final compromise offer to Plaintiff of ($1,600.00), which was not

close to half of plaintiff's expense.

Plaintiff's claim with State Farm # 43-107D-482, and Repwest Claim

was # 00377356-2012. Repwest, insurer for U-Haul informed Plaintiff that

**5**

Danyel Arenas could not be located, and that they had sent a letter to him requesting cooperation in this matter. They requested Plaintiff place their personal auto insurance company on notice and proceed to collect under their first party coverage. The minor children of Raymond Harbert, Jr., R████ H████ III, and R████ H████ are currently taking treatment at Hillcrest Baptist Medical Center, Waco, Texas.

## RELIEF SOUGHT

Wherefore, Plaintiffs' request this Honorable Court grant them following relief:

1.    Declaratory Judgment against the defendants, that their act and practices breached the terms of their insurance policy and contract; and, that their acts and practices were fraudulent and deceitful;

2.    Grant compensatory damages to Plaintiff's for actual damages, pain, suffering and mental anguish, from each defendant in the following amount:

A.    $100,000.00, from each defendant, State Farm Insurance Company; Farmers Insurance Company, Repwest, Insurance Company,

B.    $100,000.00 from each defendant, State Farm Insurance Company; Farmers Insurance Company, Repwest Insurance Company,

**3.**    Grant Punitive Damages to Plaintiffs' to deter defendants from any further illegal practice in the amount of ($100,000.00),

**4.** Grant a total judgment of ($900,000.00), or grant a judgment this court deem just and proper.

*Raymond Harbert*
Raymond Harbert, Jr.

6